JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

LYNN TIR,
      Plaintiff,

      v.

FRANK BISIGNANO,
Commissioner of Social Security
      Defendant

) Case No.  2:25-cv-08790-AS
)
)
) **[PROPOSED]**
) **JUDGMENT FOR VOLUNTARY**
) **REMAND PURSUANT TO**
) **SENTENCE FOUR OF 42 U.S.C. §**
) **405(g)**
)
)
)

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

     **IT IS SO ORDERED.**

Dated:  April 28, 2026

                              / s / Sagar
                    THE HONORABLE ALKA SAGAR
                    UNITED STATES MAGISTRATE JUDGE

-1-