**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYNN TIR,<br><br>        Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>        Defendant | Case No. 2:25-cv-08790-AS<br><br>[~~PROPOSED~~] **ORDER GRANTING AMENDED STIPULATION FOR AWARD OF EAJA FEES AND FILE FEE.** |

Based upon the Amended Stipulation for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)):

IT IS ORDERED that fees and expenses in the amount of $10,000 and $405 representing the filing fee under 28 U.S.C. § 1920, be awarded subject to the terms of the Amended Stipulation.

**IT IS ORDERED**.

Dated: July 10, 2026

                                                  _____/ s / Sagar_____
                                                  Hon. Alka Sagar
                                                  United States Magistrate Judge